IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE IREAU MAREZ, | ***E-FILED - 11/28/07*** |
| Plaintiff, | CASE NO. C-06-05028-RMW |
| v. | ORDER TO SHOW CAUSE RE DISMISSAL |
| SANTA CLARA COUNTY SHERIFF DEPUTY CHILTON, | |
| Defendant. | |

This matter came on regularly for a case management conference on October 25, 2007. Defendant appeared through his counsel, Mark F. Bernal. Plaintiff failed to appear. Therefore,

IT IS HEREBY ORDERED that plaintiff appear on December 14, 2007 at 9:00 a.m. in courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to appear at the pretrial conference and thus for failure to diligently prosecute the case.

IF PLAINTIFF FAILS TO COMPLY WITH THIS ORDER OR FAILS TO SHOW GOOD REASON FOR HER FAILURE TO APPEAR OR DILIGENTLY PROSECUTE, THE CASE WILL BE DISMISSED.

DATED: **11/27/07**

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE
NO. C06-5028 RMW

1

1  Copy of Order E-Filed and mailed on **11/28/07** to:

2  Antoinette Irean Marez
   577 Auzerias
3  San Jose, CA 95113

4      *Pro Se Plaintiff*

5

6  Mark F. Bernal
   Office of the County Counsel
7  70 West Hedding, East Wing, 9th Floor
   San Jose, CA 95110-1770
8
       *Counsel for Defendant*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER TO SHOW CAUSE
NO. C06-5028 RMW