*E-filed on* _____7/7/08_____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTIONETTE MAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY SHERIFF DEPUTY CHILTON,<br><br>    Defendant. | No. C-06-05028 RMW<br><br>ORDER DISMISSING CASE FOR FAILURE TO DILIGENTLY PROSECUTE<br><br>**[Re Docket Nos. 32, 33]** |

On November 28, 2007, the court issued an order to show cause why the case should not be dismissed for plaintiff's failure to diligently prosecute. That order, mailed to plaintiff on November 28, 2007, required plaintiff to appear on December 14, 2007 at 9:00 a.m. in courtroom 6 of this court to show cause why the case should not be dismissed. The court held a hearing on December 14, 2007. Plaintiff did not appear and the court's civil minutes show that the court would issue an order of dismissal.

The court hereby enters an order in accordance with its oral ruling on December 14, 2007. By this order, the court dismisses the case for failure to diligently prosecute. The clerk shall close the file.

ORDER DISMISSING CASE FOR FAILURE TO DILIGENTLY PROSECUTE—No. C-06-05028 RMW
MAG

1  The court acknowledges that it has received correspondence from plaintiff giving notice of
2 her change of address.  She states that she is "currently fileing [sic] for a motion to reopen . . ."
3 Plaintiff is advised that if she wishes to try to set aside the judgment and reopen the case, she should
4 file a motion under Federal Rule of Civil Procedure 60(b) as soon as possible.

7  DATED:     7/7/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**A copy of this order was mailed on    7/7/08    to:**

**Plaintiff:**

Antoinette Marez
1293 Vine Street
San Jose, CA 95110

**Notice of this document has been electronically sent to:**

**Counsel for Defendant:**

Mark F. Bernal                mark.bernal@cco.sccgov.org

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.